FILED
CLERK, U.S. DISTRICT COURT

December 8, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GONZALEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TROJAN BATTERY COMPANY, LLC, a limited liability company, and DOES 1 through 100, inclusive<br><br>    Defendants. | Case No.: 2:20-cv-02735-SB-MRW<br><br>Honorable Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  February 18, 2020<br>Trial Date:           Vacated |

1   The Court, having reviewed the parties' Joint Stipulation and [Proposed]
2  Order For Dismissal with Prejudice, Orders the following:  The Joint Stipulation  is
3  approved and the entire action, including all claims and counterclaims stated herein
4  against all parties, is hereby dismissed with prejudice.
5   IT IS SO ORDERED.

7  Dated:  December 8, 2020

_____
Honorable Stanley Blumenfeld
Judge of the U.S. District Court